ROBERT A. CASSIO   Bar #170197
Attorney At Law
Civic Center Square
2300 Tulare St., Ste. 230
Fresno, CA 93721
Telephone:   559-498-6310
Telephone:   559-498-8580

Attorney for Defendant, Zulema Esparza Rojas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.   CR-F-04-5375 AWI |
| Plaintiff, | ) ORDER AFTER HEARING |
| v. | ) |
| ZULEMA ESPARZA ROJAS, | ) |
| Defendant. | ) |

    Defendant's Motion requesting a Psychiatric Examination and Hearing to Determine Defendant's Competency to Stand Trial came on regularly before the Honorable, Anthony W. Ishii, on October 24, 2005, at 9:00 a.m., in Department 3.

    The Court, after review of the pleadings on file and presented in Court, and hearing oral arguments on the motion, and finding good cause appearing, issued the following Order of the Court:

1. The motion requesting the Defendant be examined to determine Defendant's competency to stand trial, is granted.

2. All criminal proceedings shall be suspended pending the conclusion of the psychiatric examination and issuance of the report determining the Defendant's competency to stand trial.

3. Defendant's Counsel shall select and contact the examining psychiatrist and make all arrangements for the examination.

4.      The Status hearing shall be continued to January 23, 2006, in Department 3, at 9:00 a.m.

All prior Order of the Court not modified or deleted herein shall remain in full force and effect.

IT IS SO ORDERED.

**Dated:   December 2, 2005**            _____/s/ Anthony W. Ishii_____
0m8i78                                              UNITED STATES DISTRICT JUDGE