ROBERT A. CASSIO   Bar #170197
Attorney At Law
Civic Center Square
2300 Tulare St., Ste. 230
Fresno, California   93721
Telephone:   559-498-6310
Telephone:   559-498-8580

Attorney for Defendant, Zulema Esparza Rojas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.   CR-F-04-5375 AWI |
| Plaintiff, | ) |
| v. | ) STIPULATION TO SEAL AND USE REPORT |
| ZULEMA ESPARZA ROJAS, | ) ORDER |
| Defendant. | ) |

The parties hereto, by and through their respective attorneys, stipulate and agree that Doctor Terrels's report shall be served upon Assistant United States Attorney Stanley A. Boone, and the Court. The parties herein further agree that he report shall be sealed. The report shall remain under seal until further order of the Court.

Dated: January 19, 2006             /s/ Robert A. Cassio
                                     ROBERT A. CASSIO
                                     Attorney for Defendant
                                     ZULEMA ESPARZA ROJAS

Dated: January 20, 2006             /s/ Stanley Boone
                                     STANLEY BOONE
                                     Assistant United States Attorney
                                     **This was agreed to by Mr. Boone
                                     via telephone on January 20, 2006**

**ORDER**

Upon the stipulation of the parties, and based on the personal nature of information contained therein, Defendant Zulema Esparza Rojas's Stipulation to Seal and Use Report, and all attachments thereto, served in the above-entitled action on January 23, 2006, are hereby ordered sealed until further order of this court.

IT IS SO ORDERED.

Dated:   **January 24, 2006**              **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE