1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   SHEILA K. OBERTO
3  Assistant U.S. Attorneys
   3654 Federal Building
4  1130 "O" Street
   Fresno, California  93721
5  Telephone:  (559) 498-7272

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATE OF AMERICA       )   01: 04-CR-5375 AWI
10                                )   01: 05-CR-00193 AWI
                   Plaintiff,    )
11                                )
        v.                        )   ORDER ON DEFENDANT'S MOTION TO
12                                )   FOR PSYCHIATRIC EXAMINATION
   SULEMA ESPARAZ ROJAS,          )   AND COMPETENCY TO STAND TRIAL
13    aka Zulema Esparza Rojas,   )
                                  )
14                 Defendant.     )
                                  )
15

16       This matter came for this court on January 23, 2005, on

17  defendant's Motion for Psychiatric Examination and Competency to

18  Stand Trial.  Having reviewed the evidence in support of the

19  motion and having heard the argument of counsel,

20       The Court finds by a preponderance of the evidence that the

21  defendant is presently suffering from a mental disease and defect

22  rendering her mentally incompetent to the extent that she is

23  unable to assist properly in her defense.

24       Accordingly,

25       IT IS HEREBY ORDERED that the defendant is hereby committed

26  to the custody of the Attorney General pursuant to 18 U.S.C. §

27  4241(d) for a period not to exceed four months unless pursuant to

28  the requirements of 18 U.S.C. § 4241(d)(2).

     IT IS FURTHER ORDERED that a status conference is ordered set for June 27, 2006 at 9:00 a.m.

     Time is excluded under the Speedy Trial Act from the date of the hearing until June 27, 2006, pursuant to 18 U.S.C. § 3161(h)(4) and thereafter if the period of commitment to the Attorney General is extended.

IT IS SO ORDERED.

**Dated:   January 30, 2006**             **/s/ Anthony W. Ishii**
0m8i78                          UNITED STATES DISTRICT JUDGE