McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California  93720
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | 01: 04-CR-5375 AWI |
| | ) | 01: 05-CR-00193 AWI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING DEFENDANT'S |
| | ) | COMMITMENT TO THE ATTORNEY |
| | ) | GENERAL OF THE UNITED STATES |
| SULEMA ESPARAZ ROJAS, | ) | (18 U.S.C. § 4241(d)) |
| aka Zulema Esparza Rojas, | ) | |
| | ) | Date: June 27, 2006 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | |

This matter came before for this court on for a status conference on the defendant's mental competency to stand trial. Stanley A. Boone, Assistant United States Attorney, appeared on behalf of the government and Salvatore Sciandra, specially appeared for Robert Cassio, counsel for the defendant. The defendant was not present as she is still confined pursuant to this court's previous order regarding her mental competency.

Accordingly,

IT IS HEREBY ORDERED that the defendant is continued in her commitment to the Attorney General pursuant to 18 U.S.C. § 4241(d) and that pursuant to 18 U.S.C. § 4241(d)(2) such a continued commitment is for a reasonable period of time.

IT IS FURTHER ORDERED that a status conference is ordered set for July 31, 2006 at 9:00 a.m.

Time is also excluded under the Speedy Trial Act from the date of the hearing until July 31, 2006, pursuant to 18 U.S.C. § 3161(h)(4) and thereafter if the period of commitment to the Attorney General is extended.

IT IS SO ORDERED.

**Dated:   June 29, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE