ROBERT A. CASSIO    Bar #170197
Attorney At Law
Civic Center Square
2300 Tulare St., Ste. 230
Fresno, California   93721
Telephone:    559-498-6310
Telephone:    559-498-8580

Attorney for Defendant, Zulema Esparza Rojas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br>ZULEMA ESPARZA ROJAS,<br>　　　　　Defendant. | ) CASE NO.    CR-F-04-5375 AWI<br>)<br>)<br>) STIPULATION TO CONTINUE HEARING<br>) ORDER<br>)<br>)<br>)<br>) |

　　　　The parties hereto, by and through their respective attorneys, stipulate and agree that the hearing currently set for July 31, 2006, at 9:00 a.m., be continued to August 16, 2006, at 9:00 a.m.

Dated: July 27, 2006　　　　　　　　　　　　　/s/ Robert A. Cassio
　　　　　　　　　　　　　　　　　　　　　　　ROBERT A. CASSIO
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　ZULEMA ESPARZA ROJAS


Dated: July 27, 2006　　　　　　　　　　　　　/s/ Stanley Boone
　　　　　　　　　　　　　　　　　　　　　　　STANLEY BOONE
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　**This was agreed to by Mr. Boone**
　　　　　　　　　　　　　　　　　　　　　　　**via telephone on July 27, 2006**

//

**ORDER**

IT IS SO ORDERED.

**Dated:    July 28, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE