ROBERT A. CASSIO   Bar #170197
Attorney At Law
Civic Center Square
2300 Tulare St., Ste. 230
Fresno, California   93721
Telephone:   559-498-6310
Telephone:   559-498-8580

Attorney for Defendant, Zulema Esparza Rojas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.   CR-F-04-5375 AWI |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE HEARING |
| v. | ) |
| ZULEMA ESPARZA ROJAS, | ) |
| Defendant. | ) |

The parties hereto, by and through their respective attorneys, stipulate and agree that the hearing currently set for August 16, 2006, at 9:00 a.m., be continued to August 21, 2006, at 9:00 a.m.

Dated: August 14, 2006                             /s/ Robert A. Cassio
                                                   ROBERT A. CASSIO
                                                   Attorney for Defendant
                                                   ZULEMA ESPARZA ROJAS

Dated: August 14, 2006                             /s/ Stanley Boone
                                                   STANLEY BOONE
                                                   Assistant United States Attorney
                                                   **This was agreed to by Mr. Boone
                                                   via telephone on July 27, 2006**

**ORDER**

IT IS SO ORDERED.

**Dated:   August 15, 2006**                       **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE