ROBERT A. CASSIO   Bar #170197
Attorney At Law
Civic Center Square
2300 Tulare St., Ste. 230
Fresno, CA 93721
Telephone:   (559) 498-6310
Telephone:   (559) 498-8580

Attorney for Defendant Zulema Esparza Rojas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   CR-F-04-5375 AWI |
| Plaintiff, | ORDER AFTER HEARING |
| v. | |
| ZULEMA ESPARZA ROJAS, | |
| Defendant. | |

Defendant's Motion requesting a Psychiatric Examination and Hearing to Determine Defendant's Competency to Stand Trial came on regularly before the Honorable, Anthony W. Ishii, on September 18, 2006, at 9:00 a.m., in Department 2.

The Court, after review of the pleadings on file and presented in Court, and hearing oral arguments on the motion, and finding good cause appearing, issued the following Order of the Court:

1. The motion requesting the Defendant be examined to determine Defendant's competency to stand trial, is granted.

2. All criminal proceedings shall be suspended pending the conclusion of the psychiatric examination and issuance of the report determining the Defendant's competency to stand trial. The period of delay in trial shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A).

3. Defendant's Counsel shall contact Howard B. Terrell, M.D. and make all

1 arrangements for the examination.

2     4.    The Status hearing shall be continued to November 13, 2006, in Department 2, at

3 9:00 a.m.

4     5.

5 All prior Order of the Court not modified or deleted herein shall remain in full force and

6 effect.

8 IT IS SO ORDERED.

9 **Dated:**   **September 22, 2006**              /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE