1 **ROBERT A. CASSIO   Bar #170197**
**Attorney At Law**
2 **Civic Center Square**
**2300 Tulare St., Ste. 230**
3 **Fresno, California   93721**
**Telephone:   559-498-6310**
4 **Telephone:   559-498-8580**

5 **Attorney for Defendant Zulema Esparza Rojas**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.   CR-F-04-5375 AWI )|
| Plaintiff, | ) STIPULATION TO CONTINUE ) HEARING |
| v. | ) ) |
| ZULEMA ESPARZA ROJAS, | ) ) Date:  January 28, 2008 |
| Defendant. | ) Time:  9:00 a.m. ) Dept:  2 |
| | ) Honorable Judge Anthony W. Ishii |

The parties hereto, by and through their respective attorneys, stipulate and agree that the hearing currently set for January 28, 2008, at 9:00 a.m., be continued to February 4, 2008, at 9:00 a.m.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(B)(I).

//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: January 14, 2008 | /s/ Robert A. Cassio |
| 2 | | ROBERT A. CASSIO |
| | | Attorney for Defendant |
| 3 | | ZULEMA ESPARZA ROJAS |
| 4 | Dated: January 14, 2008 | /s/ Stanley Boone |
| | | STANLEY BOONE |
| 5 | | Assistant United States Attorney |
| | | **This was agreed to by Mr. Boone** |
| 6 | | **via telephone on January 11, 2008** |

**ORDER**

IT IS SO ORDERED.

**Dated:   January 16, 2008**           /s/ **Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE