1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

| UNITED STATES OF AMERICA, | ) | CASE NO.   1:04-CR-05375 AWI |
| | ) | 1:05-CR-00193 AWI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE STATUS |
| | ) | HEARING REGARDING COMPETENCY |
| SULEMA ESPARZA ROJAS, aka Zulema | ) | AND ORDER |
| Esparza Rojas, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

14     The parties have filed the following stipulation:

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17 counsel, Stanley A. Boone,  Assistant United States Attorney for Plaintiff, and Robert A. Cassio,

18 Attorney for Defendant SULEMA ESPARZA ROJAS, aka Zulema Esparza Rojas, that the Status

19 Hearing Regarding Competency presently set for March 31, 2008,  at 9:00 a.m., may be continued to

20 April 28,  2008, at 9:00 a.m.

21     The continuance is necessary to allow attorneys to meet and confer regarding a possible defense

22 of the defendant.

23     The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under

24 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the

25 parties' preparation of the case.

26

27 DATED: March 27, 2008          By     /s/ Stanley A. Boone
                                         STANLEY A. BOONE
28                                       Assistant U.S. Attorney

1

1

2  DATE: <u>March 27, 2008</u>     By    <u>/s/ Robert A. Cassio</u>

3                               ROBERT A. CASSIO
Attorney for Sulema Esparza Rojas,
aka Zulema Esparza Rojas

4

5

6

7                                 **ORDER**

8      IT IS SO ORDERED.

9  IT IS SO ORDERED.

10  **Dated:   March 27, 2008**          **/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE

2