**ROBERT A. CASSIO   Bar #170197**
**Attorney At Law**
**Civic Center Square**
**2300 Tulare St., Ste. 230**
**Fresno, California   93721**
**Telephone:   559-498-6310**
**Telephone:   559-498-8580**

**Attorney for Defendant Zulema Esparza Rojas**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.   CR-F-04-5375 AWI |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) HEARING |
| v. | ) |
| ZULEMA ESPARZA ROJAS, | ) |
| | ) Date:  April 28, 2008 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Dept:  2 |
| | ) Honorable Judge Anthony W. Ishii |

The parties hereto, by and through their respective attorneys, stipulate and agree that the hearing currently set for April 28, 2008, at 9:00 a.m., be continued to May 5, 2008, at 9:00 a.m.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(B)(I).

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

| | |
|---|---|
| Dated: April 21, 2008 | /s/ Robert A. Cassio |
| | ROBERT A. CASSIO |
| | Attorney for Defendant |
| | ZULEMA ESPARZA ROJAS |
| | |
| Dated: April 21, 2008 | /s/ Stanley Boone |
| | STANLEY BOONE |
| | Assistant United States Attorney |
| | **This was agreed to by Mr. Boone via telephone on April 18, 2008** |

**ORDER**

IT IS SO ORDERED.

**Dated:   April 21, 2008**           **/s/ Anthony W. Ishii**
                                   UNITED STATES DISTRICT JUDGE