1  **ROBERT A. CASSIO   Bar #170197**
   **Attorney At Law**
2  **Civic Center Square**
   **2300 Tulare St., Ste. 230**
3  **Fresno, California   93721**
   **Telephone:   559-498-6310**
4  **Telephone:   559-498-8580**

5  **Attorney for Defendant Zulema Esparza Rojas**

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.   CR-F-04-5375 AWI |
|   Plaintiff, | ) STIPULATION TO CONTINUE |
|   v. | ) HEARING |
| ZULEMA ESPARZA ROJAS, | ) |
|   Defendant. | ) Date: September 29, 2008 |
| | ) Time: 9:00 a.m. |
| | ) Dept: 2 |
| | ) Honorable Judge Anthony W. Ishii |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference hearing currently set for September 22, 2008, at 9:00 a.m., be continued to September 29, 2008, at 9:00 a.m.

The parties further agree that Defendant's motions will be due by September 2, 2008. The Government's responses will be due by September 15, 2008, and the Defendant's replies will be due by September 22, 2008.

/ /
/ /
/ /
/ /
/ /
/ /

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(B)(I).

Dated: August 19, 2008 /s/ Robert A. Cassio
ROBERT A. CASSIO
Attorney for Defendant
ZULEMA ESPARZA ROJAS

Dated: August 19, 2008 /s/ Stanley Boone
STANLEY BOONE
Assistant United States Attorney
**This was agreed to by Mr. Boone via telephone on August 19, 2008**

ORDER

IT IS SO ORDERED.

**Dated:   August 20, 2008** /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE